Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Golf Carts On Line, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | St. Cloud Golf Carts |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2386208 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1851 13th Street | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Saint Cloud     FL    34769 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Osceola County | |
| County | Number    Street |
| | |
| | City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://golfcartsonlineinc.com/ |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Golf Carts On Line, Inc.  
      Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br> 4412 |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply*: <br>     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                                            MM / DD / YYYY <br>        District _____ When _____ Case number _____ <br>                                            MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>        District _____ When _____ <br>                                               MM / DD / YYYY <br>        Case number, if known _____ |

Debtor   Golf Carts On Line, Inc.   Case number (*if known*)_____
_____Name_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **3**

Debtor **Golf Carts On Line, Inc.**
Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/11/2024**
MM / DD / YYYY

✘ **/s/ Richard Temple**
Signature of authorized representative of debtor

**Richard Temple**
Printed name

Title **President and Director**

**18. Signature of attorney**

✘ **/s/ Kenneth D. Herron, Jr.**
Signature of attorney for debtor

Date **06/11/2024**
MM / DD / YYYY

**Kenneth D. Herron, Jr.**
Printed name

**Herron Hill Law Group, PLLC**
Firm name

**P. O. Box 2127**
Number    Street

**Orlando**
City

**FL**
State

**32802**
ZIP Code

**4076480058**
Contact phone

**chip@herronhilllaw.com**
Email address

**699403**
Bar number

**FL**
State

United States Bankruptcy Court
Middle District of Florida

In re: Golf Carts On Line, Inc.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/11/2024

/s/ Richard Temple
Signature of Individual signing on behalf of debtor

President and Director
Position or relationship to debtor

Biz Fund
2371 McDonald Ave
Brooklyn, NY 11223

Corporation Service Company, as Representativ
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company, as Representativ
P.O. Box 2576
Springfield, IL 62703

Corporation Service Company, as Representativ
801 Adlai Stevenson Drive
Springfield, IL 62703

Corporation Service Company, as Represetative
P.O. Box 2576
Springfield, IL 62708

Fundworks
25851 McBean Pkwy
Suite 801
Reseda, CA 91335

HIGHLAND HILL CAPITAL LLC
1100 Park Central Blvd S Suite
Suite 1200
Pompano Beach, FL 33064

IOU Financial
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

Klarna - Advantage Lifts
800 N. High St
Suite 400
Columbus, OH 43215

Pinnacle
PO Box 130848
Carlsbad, CA 92013

Plexe LLC
6295 Greenwood Plaza Blvd
Suite 100
Greenwood Village, CO 80111

Rebecca K. Temple
50 2nd St
Saint Cloud
FL 34769

Richard Temple
50 2nd St
Saint Cloud
FL 34769

The First Baptist Church of St. Cloud, Florid
Attn: Jonathan D. Harrell
1717 13th St.
Saint Cloud, FL 34769

Truist Business Mastercard
PO Box 791621
Baltimore, MD 21279

Truist Mastercard
PO Box 791621
Baltimore, MD 21279

Truist Small Business Line of Credit
PO Box 580057
Charlotte, NC 28258

U.S. Small Business Administration
2 North 20th Street
Birmingham, AL 35203